(109 So. 888)
### Robert BROOKS v. STATE. (4 Div. 295.)

(Supreme Court of Alabama. Oct. 21, 1926.)

Certiorari to Court of Appeals.

A. A. Smith, of Hartford, for petitioner.
Harwell G. Davis, Atty. Gen., for the State.

PER CURIAM. Petition of Robert Brooks for certiorari to the Court of Appeals to review the judgment and decision of that court in Brooks v. State, 21 Ala. App. 479, 109 So. 887.
Writ denied.

SOMERVILLE, GARDNER, THOMAS, and BOULDIN, JJ., concur.

---

(109 So. 888)
## Willis SHROPSHIRE v. STATE. (7 Div. 669.)

(Supreme Court of Alabama. Oct. 21, 1926.)

Certiorari to Court of Appeals.

E. O. McCord & Son, of Gadsden, for petitioner.
Harwell G. Davis, Atty. Gen., opposed.

PER CURIAM. Petition of Willis Shropshire for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Shropshire v. State, 21 Ala. App. 445, 109 So. 888.
Writ denied.

SOMERVILLE, GARDNER, THOMAS, and BOULDIN, JJ., concur.

---

(109 So. 889)
### Clovis RIGGAN v. STATE. (6 Div. 761.)

(Supreme Court of Alabama. Oct. 21, 1926.)

Certiorari to Court of Appeals.

Ernest B. Fite, of Hamilton, for petitioner.
Harwell G. Davis, Atty. Gen., for the State.

PER CURIAM. Petition of Clovis Riggan for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Riggan v. State, 21 Ala. App. 482, 109 So. 888.
Writ denied, on authority of Stone v. State, 208 Ala. 50, 51, 93 So. 706.

SOMERVILLE, GARDNER, THOMAS, and BOULDIN, JJ., concur.

---

(109 So. 891)
## BIRMINGHAM ELECTRIC CO. v. PUTMAN. (6 Div. 757.)

(Supreme Court of Alabama. Oct. 21, 1926.)

Certiorari to Court of Appeals.

W. S. Pritchard and J. D. Higgins, both of Birmingham, for petitioner.
Bradley, Baldwin, All & White, and Wm. Douglas Arant, all of Birmingham, for respondent.

PER CURIAM. Petition of John S. Putman for certiorari to Court of Appeals to review and revise the judgment and decision of that court in Birmingham Electric Co. v. Putman, 21 Ala. App. 431, 109 So. 890.
Petition dismissed for failure of compliance with Supreme Court rule 44, Code 1923, vol. 4, p. 894.

SOMERVILLE, GARDNER, THOMAS, and BOULDIN, JJ., concur.

---

(109 So. 892)
### Jack VOSS v. STATE. (7 Div. 672.)

(Supreme Court of Alabama. Oct. 21, 1926.)

Certiorari to the Court of Appeals.

Hugh Walker, of Centre, for petitioner.
Harwell G. Davis, Atty. Gen., for the State.

PER CURIAM. Petition of Jack Voss for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Voss v. State, 21 Ala. App. 481, 109 So. 891.
Writ denied.

SOMERVILLE, GARDNER, THOMAS, and BOULDIN, JJ., concur.